VAN–033 Notice Cancelling Hearing – Rev. 03/24/2014

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Raleigh Division

IN RE:  
Carla Lynette Bostick  
 *( debtor has no known aliases )*  
7844 Allscott Way  
Raleigh, NC 27612

CASE NO.: 15–05318–5–DMW

DATE FILED: October 1, 2015

CHAPTER: 13

NOTICE CANCELLING HEARING

NOTICE IS HEREBY GIVEN that the hearing referenced below has been cancelled.

Notice of Hearing (related document(s): 12 Motion for Contempt filed by Debtor Carla Lynette Bostick, Motion for Sanctions) Hearing scheduled for 1/13/2015 at 11:00 AM at Raleigh Courtroom (3rd Floor)

DATED: December 11, 2015

Stephanie J. Edmondson  
Clerk of Court