VAN–140 Order Restricting Public Access – Rev. 01/27/2015

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Raleigh Division

IN RE:
Carla Lynette Bostick
 ( debtor has no known aliases )
7844 Allscott Way
Raleigh, NC 27612

CASE NO.: 15–05318–5–SWH

DATE FILED: October 1, 2015

CHAPTER: 13

## AMENDED
## ORDER RESTRICTING PUBLIC ACCESS TO PROOF OF CLAIM

An Ex Parte Motion for an Order to restrict public access to the proof of claim and/or exhibits was filed by Carla Bostick in the above–named case. The Court has considered the motion and finds that no further notice need be provided to grant the relief requested, and based on the motion, the pleadings in the case, and the applicable law, cause exists for granting the relief requested. Wherefore, it is

ORDERED that the Motion is granted; and it is further

ORDERED that the Clerk of this Court is hereby directed to restrict public access on the Court's electronic filing system to the proof of claim and/or exhibits to the claim(s) identified in the Motion of Carla Bostick . Access to the filed proof of claim and/or exhibits to which public access is restricted may be provided to the Debtor(s), Debtor's attorney, the Trustee, and the Bankruptcy Administrator upon motion; and it is further

ORDERED that a redacted proof of claim and/or exhibits shall be filed within 30 days of the date of this order. Restricted public access to the original proof of claim and/or exhibits shall not be effective until the redacted proof of claim and/or exhibits are filed. The redacted proof of claim and/or exhibits shall have full public access; and it is further

ORDERED that the relief granted herein shall not have any substantive or material effect upon the validity, priority, or status of the original claims, any orders allowing or disallowing or otherwise relating to the original claims, any deadlines for objecting to the original claims, any assignments of the claims, or any distributions made or to be made upon the original or assigned claims; and it is further

ORDERED that in the event the above–named case is closed, it will not be necessary for the case to be reopened, and no fees relating to the filing of the Motion are to be charged; and it is further

ORDERED that the Court shall retain jurisdiction relating to the implementation and interpretation of this Order.

DATED: December 11, 2015

Stephani W. Humrickhouse
United States Bankruptcy Judge